UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
AUG 12 2015
DOUGLAS E. ARPERT
MAGISTRATE JUDGE

| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
|---|---|
| v. | Mag. No. 15-1508 |
| ROBERT C. SMITH | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (J. Brendan Day, Assistant United States Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending trial in the above-entitled matter because the defendant poses a danger to the community and a risk of flight; and for good cause shown:

IT IS, therefore, on this 18th day of August, 2015,

ORDERED, pursuant to Title 18, United States Code, Section 3142(f), that the defendant be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED that such detention be without prejudice to the defendant's right to request pretrial release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge